IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ANDREA GENRETTE, | Bankruptcy case No. 15-11738 (BLS) |
| Debtor. | BAP No. 19-00041 |
| ANDREA GENRETTE, | |
| Appellant, | |
| v. | C.A. No. 19-1037 (MN) |
| SANTANDER CONSUMER USA, INC., | |
| Appellee. | |

## **ORDER**

WHEREAS, on August 14, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation were filed; and,

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 3rd day of September 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the parties are directed to submit a proposed briefing schedule to the Court no later than October 3, 2019.

_____
The Honorable Maryellen Noreika
United States District Court